## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| BRUMAN STALIN ALVAREZ, #257-455,  *Plaintiff*,  v.  ASRESAHEGN GETACHEW,  *Defendant*. | Civil Action No: PX-17-141 |

## BRUMAN STALIN ALVAREZ'S PROPOSED VERDICT FORM

Please answer all questions based on a preponderance of the evidence. For purposes of this Verdict Form, Plaintiff shall refer to Bruman Stalin Alvarez and Defendant shall refer to Dr. Asresahegn Getachew.

We, the jury answer the questions to us, as follows:

I.      LIABILITY

**QUESTION 1:** Did Mr. Alvarez have a serious medical need?

**YES_____   NO_____**

**If your answer to question 1 is yes, then answer question 2.  If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

**QUESTION 2:** Did Dr. Getachew know that Mr. Alvarez faced a substantial risk of serious harm if his medical need went untreated?

**YES_____   NO_____**

**If your answer to question 2 is yes, then answer question 2.  If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

**QUESTION 3:** Did Dr. Getachew consciously disregard the risk of Mr. Alvarez's serious medical need by not taking reasonable steps to treat Mr. Alvarez?

**YES_____   NO_____**

**If your answer to question 3 is yes, then answer question 4.  If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

**QUESTION 4:**  Was Dr. Getachew's deliberate indifference a substantial factor in causing harm to Mr. Alvarez?

YES_____   NO_____

**If your answer to question 4 is yes, then you must find in favor of Mr. Alvarez.  If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

II.   DAMAGES

**QUESTION 6:** Based on Jury Instructions 1-4, what is the amount of compensatory damages (including pain and suffering and future damages) that you award to Plaintiff Bruman Alvarez as a result of Defendant Dr. Getachew's deliberate indifference to Mr. Alvarez's severe medical need?

$_____

**QUESTION 7:**  Based on Jury Instruction 1-4, what is the amount of nominal damages that you award to Plaintiff Bruman Alvarez as a result of Defendant Dr. Getachew's deliberate indifference to Mr. Alvarez's severe medical need?

$_____

**QUESTION 8:** Based on Jury Instruction 1-4, what is the amount of punitive damages that you award to Plaintiff Bruman Alvarez as a result of Defendant Dr. Getachew's deliberate indifference to Mr. Alvarez's severe medical need?

$_____

You have reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations.  You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a unanimous verdict.

Foreperson  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Dated: _____